# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| EMMY HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| MIDWEST WAFFLES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Emmy Harrison ("Harrison" or "Plaintiff"), by counsel, brings this action against Defendant, Midwest Waffles, Inc., ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*

### II. PARTIES

2. Harrison is a resident of Clark County, Indiana who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant conducts business within the geographical boundaries of the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b).

6. Harrison was an "employee" as that term is defined by 42 U.S.C §2000e(f).

7. Harrison satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging sexual harassment and a hostile work environment based on her sex. Harrison received the required Notice of her Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Harrison has worked for Defendant on and off since on or about February 2, 2018, as a server. She is also trained as a cook.

10. On or about September 25, 2021, Paul Lilly ("Lilly") sexually harassed Harrison by repeatedly touching, leaning, and rubbing on her, and even pushed himself on her despite her rejections and telling him to stop. Unit Manager Dillon Rutherford witnessed the situation and took no action to stop it.

11. Harrison complained to Rutherford who then sent Lilly home.

12. After making the complaint, Defendant significantly reduced Harrison's hours, and gave extra hours to Lilly. For example:

 a. Harrison's normal serving schedule was every Wednesday and Thursday, 7:00PM from 2:00PM. Lilly's regular shift was from 1:00PM to 9:00PM. After making a complaint, Defendant had Harrison leave at 1:00PM so that her schedule would not overlap with Lilly's.

  b. Harrison normally worked every Wednesday but was taken off the schedule for October 20th, October 27th, and November 3, 2021.

  c. Before the complaint, Lilly and Harrison worked weekends together. Harrison was removed completely from the weekend schedule while Lilly gained six additional hours per weekend shift.

13. On or about November 15, 2021, Harrison filed a protective order against Lilly and began working at a different Waffle House location. Defendant agreed to allow Harrison and Lilly to work at separate locations. However, Defendant has allowed Lilly to violate the order and work at the same location as Harrison on October 7, October 8, and October 9, 2022, as the manager from 7:00AM to 2:00PM.

## V. CAUSES OF ACTION
### COUNT I: TITLE VII - SEXUAL HARASSMENT

14. Harrison hereby incorporates paragraphs one (1) through thirteen (13) of her Complaint as if the same were set forth at length herein.

15. Harrison was sexually harassed and subjected to a hostile work environment.

16. Defendant's actions were intentional, willful, and in reckless disregard of Harrison's rights as protected by Title VII of the Civil Rights Act of 1964.

17. Harrison has suffered damages as a result of the Defendant's unlawful actions.

### COUNT II: RETALIATION

18. Harrison hereby incorporates paragraphs one (1) through seventeen (17) of her Complaint as if the same were set forth at length herein.

19. Harrison engaged in protected activity when she opposed gender-based harassment and discrimination by making a complaint to management and acquired a protective order.

20. Defendant retaliated against Harrison by limiting the number of hours she worked and allowing Lilly to work with her.

21. Defendant's actions were intentional, willful, and taken in reckless disregard of Harrison's legal rights.

22. Defendant's unlawful actions have violated Harrison's rights as protected by Title VII of the Civil Rights Act of 1964.

23. Harrison suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Emmy Harrison, respectfully requests that this court enter judgment in her favor and award her the following relief:

1. Reinstate Harrison's employment to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful actions; and/or payment to Harrison of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages;

5. Punitive damages for Defendant's violations of Title VII;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Andrew Dutkanych
Andrew Dutkanych, Atty. No. 91190
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Emmy Harrison*

## DEMAND FOR JURY TRIAL

Plaintiff, Emmy Harrison, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: /s/ Andrew Dutkanych
Andrew Dutkanych, Atty. No. 91190
144 North Delaware Street Indianapolis, IN 46204
Telephone: (317) 991-4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Emmy Harrison*